# EXHIBIT C

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search



| Home | Online Services<br>Pay Fines, Search Records... | Forms & Filings<br>Forms, Filing Fees .. | Self-Help<br>Self-Rep, Info, FAQs .. | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA, Local Rules... |

ONLINE SERVICES

# Case Summary

### CASE SUMMARY

[PRINT]

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Case Number: BC574554
JOAN WILKINS VS CARGILL INCORPORATED ET AL

Filing Date: 03/04/2015
Case Type: Other Employment Complaint (General Jurisdiction)
Status: Pending

### Future Hearings

None

Documents Filed | Proceeding Information

### Parties

CARGILL ANIMAL NUTRITION - Defendant/Respondent

CARGILL INCORPORATED - Defendant/Respondent

CERRI FEED & PET SUPPLY LLC - Defendant/Respondent

DOES 1 THROUGH 100 - Defendant/Respondent

LAWYERS FOR JUSTICE PC - Attorney for Plaintiff/Petitioner

WILKINS JOAN - Plaintiff/Petitioner

Case Information | Party Information | Proceeding Information

**Documents Filed** (Filing dates listed in descending order)
04/02/2015 Rtn of Service of Summons & Compl
Filed by Attorney for Plaintiff/Petitioner

03/04/2015 Complaint

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)
None

Case Information | Party Information | Documents Filed | Proceeding Information