# EXHIBIT D

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Edwin Aiwazian | SBN. 232943<br>LAWYERS for JUSTICE, PC<br>410 Arden Ave Ste 203 Glendale, CA 91203<br>TELEPHONE NO. (818) 265-1020 FAX NO. (818) 265-1021 E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>APR 02 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _____ P. Pleasant _____, Deputy<br>P. Pleasant |

Los Angeles Superior Court- Central
- STREET ADDRESS 111 North Hill St.
- MAILING ADDRESS
- CITY AND ZIP CODE Los Angeles, CA 90012
- BRANCH NAME

| PLAINTIFF/PETITIONER: JOAN WILKINS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CARGILL, INC. | BC574554 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>13790-Cargill |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location; Notice of Case Assignment - Class Action Cases; Voluntary Efficient Litigation Stipulations

3. a. Party served *(specify name of party as shown on documents served):*
   CERRI FEED & PET SUPPLY, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   ERIN STEVENSON - AGENT FOR SERVICE

4. Address where the party was served: 2949 S AIRPORT WAY
   STOCKTON, CA 95206

5. I served the party *(check proper box)*
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*

   b. ☑ by substituted service. On *(date):* 3/17/2015 at *(time):* 3:56 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   JEWEL MOORE - GENERAL MANAGER
   Age: 40    Weight: 511LBS.    Hair: BROWN    Sex: Female
   Height: 5'6"    Eyes: BROWN    Race: WHITE

   (1) ☑ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*    or ☑ a declaration of mailing is attached.

   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure § 417.10
POS010-1/4998239

| PLAINTIFF/PETITIONER: JOAN WILKINS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CARGILL, INC. | BC574554 |

c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                      (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ by other means *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* CERRI FEED & PET SUPPLY, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY

under the following Code of Civil Procedure section:

   ☑ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                      ☐ 415.46 (occupant)
                                                          ☐ other:

7. Person who served papers
   a. Name: Floyd A. Brown - ProLegal Reg#: 2013036880
   b. Address: 1706 South Figueroa Street Los Angeles, CA 90015
   c. Telephone number: (888) 722-5878
   d. The fee for service was: $ 137.13
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner   ☐ employee   ☐ independent contractor.
        (ii) Registration No.: 397
        (iii) County: San Joaquin

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 3/19/2015

ProLegal Reg#: 2013036880
1706 South Figueroa Street
Los Angeles, CA 90015
(888) 722-5878
http://www.prolegalnetwork.com

Floyd A. Brown
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**         Page 2 of 2
                                                                                                                                        POS-010/4998239

| Attorney or Party without Attorney<br>Edwin Aiwazian, SBN: 232943<br>LAWYERS for JUSTICE, PC<br>410 Arden Ave Ste 203<br>Glendale, CA 91203<br>TELEPHONE No (818) 265-1020  FAX No (Optional) (818) 265-1021<br>E-MAIL ADDRESS (Optional)<br>Attorney for Plaintiff | | FOR COURT USE ONLY |
|---|---|---|
| | Ref No. or File No.<br>13790-Cargill | |
| Insert name of Court, and Judicial District and Branch Court<br>Los Angeles Superior Court- Central - | | |
| Plaintiff JOAN WILKINS<br>Defendant CARGILL, INC. | | |
| PROOF OF SERVICE BY MAIL | HEARING DATE  TIME  DEPT | CASE NUMBER<br>BC574554 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location; Notice of Case Assignment - Class Action Cases; Voluntary Efficient Litigation Stipulations;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:       March 19, 2015
   b. Place of Mailing:      Los Angeles, CA
   c. Addressed as follows:  CERRI FEED & PET SUPPLY, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY
                             2949 S AIRPORT WAY
                             STOCKTON, CA 95206

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: $ 137.13
ProLegal Reg#: 2013036880
1706 South Figueroa Street
Los Angeles, CA 90015
(888) 722-6878
Ref: 13790-Cargill

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 19, 2015.

Signature: _____
             CYNTHIA BRIONES

**PROOF OF SERVICE BY MAIL**

Order#: 4998239/mailproof

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 410 West Arden Avenue, Suite 203, Glendale, California 91203.

On April 1, 2015, I served the foregoing document(s) described as: **PROOF OF SERVICE OF SUMMONS** on interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Erin Stevenson
2949 S. Airport Way
Stockton, California 95206

*Agent for Service for* Defendant Cargill, Inc.

[X] **BY U.S. MAIL**
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X] **STATE**
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2015, at Glendale, California.

Rebecca Bock