| | |
|---|---|
| 1 | Jason E. Barsanti (CA Bar No. 235807) |
| 2 | Jason.barsanti@mbtlaw.com |
|   | **MECKLER BULGER TILSON** |
| 3 | **MARICK & PEARSON LLP** |
| 4 | 575 Market Street, Suite 2200 |
|   | San Francisco, CA 94105 |
| 5 | Tel: (415) 644-0914 |
| 6 | Fax: (415) 644-0978 |
| 7 | Michelle Lee Flores (CA Bar No. 166737) |
| 8 | mflores@cozen.com |
|   | **COZEN O'CONNOR** |
| 9 | 601 S. Figueroa Street, Suite 3700 |
| 10 | Los Angeles, CA 90017 |
|    | Tel: (213) 892-7900 |
| 11 | Fax: (213) 902-9069 |
| 12 | |
|    | *Attorneys for Defendants* |
| 13 | *CARGILL INCORPORATED and* |
|    | *CARGILL ANIMAL NUTRITION* |
| 14 | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WILKINS; individually, and on behalf of other members of the general public similarly situated, | Case No. |
| | **DEFENDANTS CARGILL, INCORPORATED AND CARGILL ANIMAL NUTRITION'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |
| Plaintiff, | |
| v. | |
| CARGILL, INCORPORATED, an unknown business entity; CARGILL ANIMAL NUTRITION, an unknown business entity; CERRI FEED & PET SUPPLY, LLC, a California limited liability company; and DOES 1-100, inclusive, | **[Central Dist. Local Rule 7.1-1]** |
| Defendants. | |

Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendants, Cargill, Incorporated and Cargill Animal Nutrition, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Cargill, Incorporated, a privately held company; and
2. Cargill Animal Nutrition, a business unit of Cargill, Incorporated, not a corporate entity.

Dated: April 16, 2015       By: _____
                            One of the Attorneys for Defendants

Jason E. Barsanti (CA Bar No. 235807)
**MECKLER BULGER TILSON MARICK & PEARSON LLP**
575 Market Street, Suite 2200
San Francisco, CA 94105
Tel: (415) 644-0914
Fax: (415) 644-0978

Michelle Lee Flores (CA Bar No. 166737)
**COZEN O'CONNOR**
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel: (213) 892-7900
Fax: (213) 902-9069