1  Jason E. Barsanti (CA Bar No. 235807)
   jason.barsanti@mbtlaw.com
2  **COZEN O'CONNOR**
   575 Market Street, Suite 2200
3  San Francisco, CA 94105
   Tel: (415) 644-0914
4  Fax: (415) 644-0978

5  Michelle Lee Flores (CA Bar No. 166737)
   mflores@cozen.com
6  **COZEN O'CONNOR**
   601 S. Figueroa Street, Suite 3700
7  Los Angeles, CA 90017
   Tel: (213) 892-7900
8  Fax: (213) 902-9069

9  *Attorneys for Defendants*
10 *CARGILL INCORPORATED and*
   *CARGILL ANIMAL NUTRITION*

11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOAN WILKINS; individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL, INCORPORATED, an unknown business entity; CARGILL ANIMAL NUTRITION, an unknown business entity; CERRI FEED & PET SUPPLY, LLC, a California limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-02818-ODW-JEM<br><br>**ORDER RE: STIPULATION FOR PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS PRODUCED IN DISCOVERY**<br><br>Honorable Otis D. Wright, II<br><br>Complaint Filed: March 4, 2015 |

Pursuant to the Stipulation of the Parties, and for good cause appearing, the terms of the Parties' Stipulation for Protective Order Concerning Confidential Documents Produced in Discovery are adopted by the Court. The Parties shall adhere to the terms of the Stipulation for Protective Order Concerning Confidential

1  Documents Produced in Discovery unless modified or otherwise ordered by the
2  Court.

**IT IS SO ORDERED.**

DATED: June 15, 2015

                                         John E. McDermott
                                         UNITED STATES MAGISTRATE JUDGE

-2-

Order re: Stip. For Protective Order re: Confidential Documents Produced In Discovery